UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| JEN GRIMES, ) | Case No. 13-40367 |
| ) | Hon. Timothy A. Barnes |
| ) | Hearing Date: 1/6/15 @ 10:30 a.m. |
| Debtor. ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, January 6, 2015 at 10:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Banes or any other Judge sitting in his stead, in **Courtroom 613**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 5, 2014, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Jen Grimes
1721 E. Chesapeake Lane, Unit 2
Schaumburg, IL 60193

David Chang
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173

Bradley T. Koch
Holmstrom & Kennedy, P.C.
800 N. Church Street
Rockford, IL 61103

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEN GRIMES, | ) | Case No. 13-40367 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: 1/6/15 @ 10:30 a.m. |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
<u>ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period November 22, 2013 through October 7, 2014. In support of this Application, Much Shelist respectfully states as follows:

1. On October 15, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On December 3, 2013, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4.     Much Shelist provided 10.80 hours of services on behalf of Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 6.30 hrs. | $612.62/hr.* | $3,859.50 |
| Jeffrey M. Schwartz | .90 hrs. | $560.00/hr. | 504.00 |
| Jeffrey L. Gansberg | 3.60 hrs. | $415.00/hr. | 1,494.00 |
|  |  |  |  |
| **TOTAL** | **10.80 hrs.** |  | **$5,857.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

5.     Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

6.     At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7.     During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.     **Employment of Professionals (Tab B-1)**: A total of 1.40 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the

2

Trustee's Motion to Employ Attorneys. The individuals who provided services in connection with the Trustee's employment of attorneys and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | .50 hrs. | $605.00/hr. | $302.50 |
| Jeffrey M. Schwartz | .90 hrs. | $560.00/hr. | 504.00 |
| | | | |
| **TOTAL:** | **1.40 hrs.** | | **$806.50** |

B.   **Disposition of Assets (Tab B-2)**: A total of 8.50 hours of time was expended by Much Shelist in connection with the disposition of the assets of this estate. The Debtor's non-exempt assets consisted of an ownership interest in stock in Chicagoland Medical Billing Specialists, Inc., the Debtor's former company that specializes in medical billing, and an unliquidated settlement claim with the Debtor's former business partner. Counsel was engaged in numerous telephonic and written communications with the attorney representing the Debtor's former business partner with respect to an offer for the Debtor's assets. Time was spent preparing and editing sale documents and on the preparation of Trustee's motion for authorization to sell assets of the estate.

The Trustee was ultimately able to sell the assets of this estate, to the Debtor's former business partner for the sum of $5,000.00.

A summary of the time expended in connection with the Disposition of Assets is provided below.

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 4.90 hrs. | $611.22/hr.* | $2,994.50 |
| Jeffrey L. Gansberg | 3.60 hrs. | $415.00/hr. | 1,494.00 |
| | | | |
| **TOTAL:** | **8.50 hrs.** | | **$4,488.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

3

**C.** **Claims Administration/Analysis (Tab B-3)**: Much Shelist expended .30 hrs. reviewing objectionable claims. The attorney who provided services in this category and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .30 hrs. | $625.00/hr. | $187.50 |
|  |  |  |  |
| **TOTAL:** | **.30 hrs.** |  | **$187.50** |

**D.** **Fee Applications (Tab B-4)**: Much Shelist expended .60 hrs. dealing with the preparation of this fee application. The attorney who provided services in this category and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .60 hrs. | $625.00/hr. | $375.00 |
|  |  |  |  |
| **TOTAL:** | **.60 hrs.** |  | **$375.00** |

8. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $202.00. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9. The services rendered by Much Shelist as the Trustee's counsel have resulted in a benefit to this estate. Unfortunately, if the fees requested are awarded in full, there will be no funds available for distribution to unsecured creditors.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $5,857.50 plus reimbursement of out-of-pocket expenses in the amount of $202.00 for services rendered during the period November 22, 2013 through October 7, 2014;

4

2. Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

5

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEN GRIMES, | ) | Case No. 13-40367 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: 1/6/15 @ 10:30 a.m. |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant: Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: December 3, 2013

Period for which compensation is sought: through 2/28/14

Amount of fees sought: $5,857.50

Amount of expense reimbursement sought: $202.00

Retainer previously received: $0.00

This is a(n): Interim Application ___ Final Application _X_

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 12/5/14                         **MUCH SHELIST, P.C.**

                                                                        By: /s/Norman B. Newman

6

4321768_1