**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GRIMES, JEN | § Case No. 13-40367 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 01/06/2015 in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/05/2014    By: /s/ Norman B. Newman
                                                                   Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRIMES, JEN § Case No. 13-40367
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 80.00 |
| *leaving a balance on hand of* [1] | $ 4,920.00 |
| **Balance on hand:** | $ 4,920.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,920.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,250.00 | 0.00 | 841.37 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 5,857.50 | 0.00 | 3,942.66 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 202.00 | 0.00 | 135.97 |

Total to be paid for chapter 7 administration expenses: $ 4,920.00
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $     0.00
Remaining balance:  $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 154,964.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,600.45 | 0.00 | 0.00 |
| 2 | BMW Bank of North America | 127,999.93 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 11,363.92 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-40367-TAB
Jen Grimes                                                      Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: wepps                 Page 1 of 1                 Date Rcvd: Dec 08, 2014
                                Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2014.
db             +Jen Grimes,    1721 E. Chesapeake Lane Unit 2,    Schaumburg, IL 60193-5413
21105606       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21782187        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21105607      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
21677852       +BMW Bank of North America,    POB 23356,    Pittsburgh PA 15222-6356
21105608       +Bank of America,    Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
21105609       +Bmw Bank Of North Amer,    Bmw Card Services,    Po Box 9210, Attn: Bankruptcy,
                 Old Bethpage, NY 11804-9010
21105611       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21105610       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21105612      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Business Credit,     PO Box 5275,    Carol Stream, IL 60197)
21105614       +FMA Alliance LTD,    11811 North Freeway Suite 900,    Houston, TX 77060-3292
21105616       +Pnc Bank, N.a.,    P.o.box 3180,    Pittsburgh, PA 15230-3180
21105615       +nationwide CAC LLC,    3435 N Cicero Ave,    Chicago, IL 60641-3794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21572402        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2014 00:54:45      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21105613       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2014 00:54:45      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Much Shelist, PC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2014 at the address(es) listed below:
              David   Chang    on behalf of Debtor Jen  Grimes dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              Jeffrey L. Gansberg    on behalf of Trustee Norman B Newman jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
               nsulak@muchshelist.com
              John P Carlin    on behalf of Debtor Jen  Grimes jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Michael   Dimand    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    nnewman@muchshelist.com,    nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 8
```