# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: GRIMES, JEN | § Case No. 13-40367 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $93,872.00                     Assets Exempt: $22,350.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment: $154,964.30

Total Expenses of Administration: $5,000.00

---

3) Total gross receipts of $   5,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $211,951.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,389.50 | 7,389.50 | 5,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,293.00 | 154,964.30 | 154,964.30 | 0.00 |
| **TOTAL DISBURSEMENTS** | $332,244.00 | $162,353.80 | $162,353.80 | $5,000.00 |

4) This case was originally filed under Chapter 7 on October 15, 2013. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2015          By: /s/NORMAN NEWMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chicagoland Medical Billing Specialists, Inc.- n | 1129-000 | 2,500.00 |
| settlement with ex-business partner - does not t | 1129-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 157,031.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank, N.a. | 4110-000 | 54,920.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$211,951.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,250.00 | 1,250.00 | 841.37 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 202.00 | 202.00 | 135.97 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 5,857.50 | 5,857.50 | 3,942.66 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,389.50 | $7,389.50 | $5,000.00 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 15,600.45 | 15,600.45 | 0.00 |
| 2 | BMW Bank of North America | 7100-000 | 13,655.00 | 127,999.93 | 127,999.93 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | 11,363.00 | 11,363.92 | 11,363.92 | 0.00 |
| NOTFILED | FMA Alliance LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | nationwide CAC LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 14,606.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Bank, N.a. | 7100-000 | 26,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank, N.a. | 7100-000 | 17,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank, N.a. | 7100-000 | 7,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 2,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Bmw Bank Of North Amer Bmw Card Services | 7100-000 | 13,655.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Business Credit | 7100-000 | 5,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,573.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $120,293.00 | $154,964.30 | $154,964.30 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40367  
**Case Name:** GRIMES, JEN  

**Period Ending:** 02/16/15

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 10/15/13 (f)  
**§341(a) Meeting Date:** 11/21/13  
**Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1721 E. Chesapeake Lane Unit 2 Schaumburg, IL 60 <br>     Imported from original petition Doc# 1 | 88,097.00 | 0.00 | | 0.00 | FA |
| 2   Checking account with PNC <br>     Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3   Checking account with Chase <br>     Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4   Misc used household goods <br>     Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 5   used clothing <br>     Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6   Whole life insurance through State Farm <br>     Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 7   Term life insurance through State Farm <br>     Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8   IRA <br>     Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 9   Chicagoland Medical Billing Specialists, Inc.- n <br>     Imported from original petition Doc# 1 | 0.00 | 0.00 | | 2,500.00 | FA |
| 10   settlement with ex-business partner - does not t <br>     Imported from original petition Doc# 1 | 0.00 | 0.00 | | 2,500.00 | FA |
| 11   2001 BMW 325 - 224K miles <br>     Imported from original petition Doc# 1 | 825.00 | 0.00 | | 0.00 | FA |
| 12   2 dogs <br>     Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| **12 Assets Totals** (Excluding unknown values) | **$93,872.00** | **$0.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Sold stock in biling company and settlement with former business partner.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-40367  
**Case Name:** GRIMES, JEN  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 10/15/13 (f)  
**§341(a) Meeting Date:** 11/21/13  

**Period Ending:** 02/16/15  
**Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  August 31, 2014    **Current Projected Date Of Final Report (TFR):**  August 31, 2014

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-40367  
**Case Name:** GRIMES, JEN  

**Taxpayer ID #:** **-***3751  
**Period Ending:** 02/16/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/20/14 | | Rebecca K. Brotcke | Payment Pursuant to Settlement Agreement entered 1/18/14 | | 5,000.00 | | 5,000.00 |
| | {9} | | 2,500.00 | 1129-000 | | | 5,000.00 |
| | {10} | | 2,500.00 | 1129-000 | | | 5,000.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,930.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,920.00 |
| 01/07/15 | 101 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid  67.30% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 841.37 | 4,078.63 |
| 01/07/15 | 102 | MUCH SHELIST, P.C. | Dividend paid  67.30% on $202.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 135.97 | 3,942.66 |
| 01/07/15 | 103 | MUCH SHELIST, P.C. | Dividend paid  67.30% on $5,857.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,942.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4966** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)